ACCEPTED
15-25-00112-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/15/2025 1:57 PM
CHRISTOPHER A. PRINE
CLERK

Nos. 15-25-00110-CV; 15-25-00111-CV; 15-25-00112-CV

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/15/2025 1:57:49 PM
CHRISTOPHER A. PRINE
Clerk

PLEASANTON HOUSING FINANCE CORPORATION, ISMAEL GALLEGOS, JOEY
MACON, MARK PINKSTON, ZACHARY PAWELEK, SCOTT FERGUSON, LILIAN
CASHMER, AND BRANDON HICKS,
*APPELLANTS*,
V.
CITY OF LAKE WORTH, TEXAS,
*APPELLEE.*

PECOS HOUSING FINANCE CORPORATION, PLEASANTON HOUSING FINANCE
CORPORATION, MAVERICK HOUSING FINANCE CORPORATION, LA VILLA
HOUSING FINANCE CORPORATION, AND JOE DON BOBBITT,
*APPELLANTS*,
V.
CITY OF ARLINGTON AND CITY OF FORT WORTH,
*APPELLEES.*

PECOS HOUSING FINANCE CORPORATION, CARA TURN, MARIBEL ALVAREZ, AND
IRENE DOMINGUEZ,
*APPELLANTS*,
V.
CITY OF HALTOM CITY, TEXAS,
*APPELLEE.*

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' OPENING BRIEF

From the 348th District Court, Tarrant County, Texas
Cause Nos. 348-364430-25, 348-363561-25, and 348-364135-25;
Hon. Megan Fahey, presiding

Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Amanda L. Reichek
Texas Bar No. 24041762
areichek@tillotsonlaw.com
Kathryn E. Yukevich
Texas Bar No. 24133390
kyukevich@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street,
Suite 1300
Dallas, Texas 75202
Telephone: (214) 382-3041
Facsimile: (214) 292-6564

**Counsel for Appellants Pecos
Housing Finance Corporation, Cara
Turn, Maribel Alvarez, and Irene
Dominguez**

Roel Gutierrez
Texas Bar No. 24069842
roelgutierrezlaw@gmail.com
Law Office of Roel Gutierrez, PLLC
4415 N. McColl Rd.
McAllen, TX 78504
Telephone: (956) 278-3529
Facsimile: (956) 278-3530

**Counsel for Appellant
La Villa Housing Finance
Corporation**

Blake W. Stribling
Texas Bar No. 24070691
bstribling@chasnoffstribling.com
Daniel J. Decavalier
Texas Bar No. 24129028
dlecavalier@chasnoffstribling.com
**CHASNOFF | STRIBLING, LLP**
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: (210) 469-4155

**Counsel for Appellants Pecos
Housing Finance Corporation,
Pleasonton Housing Finance
Corporation, Cara Turn, Maribel
Alvarez, and Irene Dominguez**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants in the above-referenced matters file this unopposed motion for extension of time to file Appellants' opening briefs. <u>Appellants' opening briefs are currently due July 23, 2025. Appellants respectfully request a 30-day extension, until and including August 22, 2025.</u>[1] This is Appellants' first request for an extension of time to file their opening briefs.

## I. Current Deadline

These appeals are from three separate interlocutory orders entered by the 348th District Court of Tarrant County, in cause numbers 348-364430-25, 348-363561-25, and 348-364135-25. The Clerk's Record was filed July 1, 2025, and the Reporter's Record was filed July 3, 2025. Therefore, Appellants' opening briefs are currently due on July 23, 2025.

## II. Reasons for Extension

This is Appellants' first request for an extension of time to file their opening briefs. Appellants seek this extension due to conflicts with its counsel's substantial engagement in other matters with pressing deadlines, commitments, and ongoing work, including the following:

---

[1] Appellants have filed an Unopposed Motion to Consolidate these appeals. This motion seeks an extension on Appellants' combined opening brief in the event the Court grants the consolidation motion; in the event this Court denies Appellants' consolidation motion this extension request applies to Appellants' opening brief in all three appeals.

- *City of Carrolton, Texas v. Pecos Housing Finance Corporation, et al.*, Case No. DC-25-07935, pending in the 101st District Court of Dallas County: Hearing on Application for Temporary Restraining Order and Injunctive Relief: July 18, 2025

- *Mason Flores, et al. v. Biggie Crane and Rigging, et al.*, Case No. 19-04006-B, pending in the County Court at Law No. 2 of Dallas County: Trial July 22, 2025

- *City of San Marcos, et al. v. Pecos Housing Finance Corporation, et al.*, Case No. 25-1185-DCB, pending in the 207th District Court of Hays County: Motion for Summary Judgment Hearing July 28, 2025

- *Brittney Nova, et al. v. Greystar Development & Construction, LP, et al.*, Case No. D-1-GN-25-000961, pending in the 98th District Court of Travis County: Motion for Summary Judgment Hearing July 31, 2025

- *The Mold Pros of Greater Texas, Inc. v. Ken Kristofek and Amy Kristofek*, Case No. CC-24-00635-A, pending in the County Court at Law No. 1 of Dallas County: Bench Trial August 7, 2025

- *Megatel Homes, LLC v. MM CCM 13MC, LLC, et al.*, Case No. 05-24-01342-CV, pending in the Fifth District Court of Appeals: Reply Brief August 7, 2025

- *Brinker International, Inc., et al. v. US Foods, Inc., et al.*, Case No. 05-25-00308-CV, pending in the Fifth District Court of Appeals, Appellants' Opening Brief August 11, 2025

- *Pollo Operations, Inc., et al. v. Taco Supremo Management, LLC*, Case No. DC-23-20070, pending in the 134th District Court of Dallas County: Jury Trial August 11, 2025

- *NTRG, L.P. d/b/a National Tax Resource Group v. Omni Hotels Management Corporation d/b/a Omni Hotels and Resorts et al.*, Case No. DC-24-12500, pending in the 14th District Court of Dallas County: Jury Trial August 12, 2025

- *Freight Essentials, LLC v. GlobalTranz Enterprises, LLC, et al.*, Case No. DC-23-14235, pending in the 44th District Court of Dallas County: Motion for Partial Summary Judgment Hearing August 15, 2025

### III. No Opposition

Appellees do not oppose the requested extension. This extension of time is sought so that justice may be done in the disposition of this case and is not sought for purposes of delay.

### PRAYER

For these reasons, Appellants respectfully request that this Motion for Extension of Time be granted and that the Court extend the time for filing their opening briefs until and including August 22, 2025. Appellants further request all such other relief to which they may be justly entitled.

Dated: July 15, 2025

/s/ Amanda L. Reichek
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Amanda L. Reichek
Texas Bar No. 24041762
areichek@tillotsonlaw.com
Kathryn E. Yukevich
State Bar No. 24133390
kyukevich@tillotsonlaw.com
TILLOTSON JOHNSON & PATTON
1201 Main Street, Suite 1300
Dallas, Texas 75202
Telephone: (214) 382-3041
Facsimile: (214) 292-6564

**Counsel for Appellants Pecos Housing Finance Corporation, Cara Turn, Maribel Alvarez, and Irene Dominguez**

Blake W. Stribling
Texas Bar No. 24070691
bstribling@chasnoffstribling.com
Daniel J. Lecavalier
Texas Bar No. 24129028
dlecavalier@chasnoffstribling.com
CHASNOFF STRIBLING, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: (210) 469-4155

**Counsel for Appellants Pecos Housing Finance Corporation, Pleasonton Housing Finance Corporation, Cara Turn, Maribel Alvarez, and Irene Dominguez**

Roel Gutierrez
Texas Bar No. 24069842
roelgutierrezlaw@gmail.com
Law Office of Roel Gutierrez, PLLC
4415 N. McColl Rd.
McAllen, TX 78504
Telephone: (956) 278-3529
Facsimile: (956) 278-3530

**Counsel for Appellant**
**La Villa Housing Finance**
**Corporation**

## CERTIFICATE OF SERVICE

I certify that, on July 14, 2025, I conferred with Appellees' counsel, who stated Appellees are unopposed to the relief requested.

/s/ *Amanda L. Reichek*
Amanda L. Reichek

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with the Texas Rules of Appellate Procedure on July 15, 2025.

/s/ *Amanda L. Reichek*
Amanda L. Reichek

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103154691
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Appellants' Opening Brief
Status as of 7/15/2025 2:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeffrey MTillotson | | jtillotson@tillotsonlaw.com | 7/15/2025 1:57:49 PM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 7/15/2025 1:57:49 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 7/15/2025 1:57:49 PM | SENT |
| Kassi Yukevich | | kyukevich@tillotsonlaw.com | 7/15/2025 1:57:49 PM | SENT |
| Amanda Reichek | | areichek@tillotsonlaw.com | 7/15/2025 1:57:49 PM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 7/15/2025 1:57:49 PM | SENT |
| Wayne Olson | | wolson@toase.com | 7/15/2025 1:57:49 PM | SENT |
| Tammy Ardolf | | tardolf@toase.com | 7/15/2025 1:57:49 PM | SENT |
| Rachel Raggio | | rraggio@toase.com | 7/15/2025 1:57:49 PM | SENT |
| Teresa John | | tjohn@toase.com | 7/15/2025 1:57:49 PM | SENT |
| Blake W.Stribling | | bstribling@chasnoffstribling.com | 7/15/2025 1:57:49 PM | SENT |
| Daniel J.Lecavalier | | dlecavalier@chasnoffstribling.com | 7/15/2025 1:57:49 PM | SENT |